**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**MISC. NO. 3:05mj246**

| | |
|---|---|
| IN RE: ) | |
| ) | **O R D E R** |
| ) | |
| **SEARCH WARRANT** ) | |

**THIS MATTER** is before the Court on the Government's "Motion To Unseal Search Warrant" (document #2) filed November 29, 2005. Because the reasons for keeping the search warrant sealed no longer exist, the Motion is hereby **GRANTED**; that is, the Clerk is directed to unseal the search warrant issued in the above case.

The Clerk is also directed to send copies of this Order to the U.S. Attorney's Office.

**SO ORDERED**.

**Signed: November 30, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge